# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ALFREDO GONZALEZ,

      Plaintiff,

v.                              No. 2:23-cv-00114-DHU-JHR

CHRISTINA K., et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

Plaintiff, who is proceeding *pro se*, filed his Complaint using the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." *See* Doc. 1, filed February 7, 2023.

United States Magistrate Judge Jerry H. Ritter notified Plaintiff:

> Many of Plaintiff's statements in the Complaint are in Spanish. Documents must be filed in English. *See* Guide for Pro Se Litigants at 6 (D.N.M. October 2022) ("Interpreter services needed to assist parties to civil proceedings, both in court and out of court, are the responsibility of the parties to the action.").

Doc. 5, filed April 3, 2023; *see also* 28 U.S.C. § 1827(a) ("The Director of the Administrative Office of the United States Courts shall establish a program to facilitate the use of certified and otherwise qualified interpreters in judicial proceedings *instituted by the United States*") (emphasis added). Judge Ritter ordered Plaintiff to file an amended complaint in English and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. Plaintiff did not file an amended complaint by the April 24, 2023, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**